

RECEIVED
IN MONROE, LA
APR 21 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RANCE DUNBAR | CIVIL ACTION NO. 09-1676 |
| VERSUS | JUDGE ROBERT G. JAMES |
| FRANKLIN PARISH DETENTION CENTER, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint is DISMISSED in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

MONROE, LOUISIANA, this 21 day of April, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE